**DENY; and Opinion Filed May 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00517-CV

### IN RE LEXINGTON INSURANCE COMPANY, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06317**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Schenck

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to compel appraisal in this case. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish a right to relief.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150517F.P05